ALTO LITIGATION, PC
Bahram Seyedin-Noor (Bar No. 203244)
bahram@altolit.com
Bryan Ketroser (Bar No. 239105)
bryan@altolit.com
Monica Mucchetti Eno (Bar No. 164107)
monica@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 779-2586
Facsimile: (415) 306-8744

Attorneys for Defendant
FREIGHTMATE AI, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FLEXPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREIGHTMATE AI, INC., YINGWEI (JASON) ZHAO, and BRYAN LACAILLADE,<br><br>Defendants. | Case No. 3:25-cv-2500-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(LOCAL RULE 6-1)**<br><br>Assigned to the Honorable Rita F. Lin<br>Courtroom:    15, 18th Floor<br><br>Date Action Filed: March 12, 2025<br>Trial Date: None set |

Pursuant to Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Flexport, Inc. ("Plaintiff") and Defendants freightmate Ai, Inc. ("freightmate") and Bryan Lacaillade ("Lacaillade") stipulate as follows:

WHEREAS, Plaintiff filed a Complaint (the "Complaint") in the above-captioned action on March 12, 2025;

WHEREAS, the parties filed a Stipulation Extending Time for Defendants to Respond to Complaint ("First Stipulation") on April 2, 2025 whereby the parties agreed that freightmate and Mr. Lacaillade would have until Friday, April 18, 2025 to respond to the Complaint;

WHEREAS, freightmate and Mr. Lacaillade filed motions to dismiss on April 18, 2025;

WHEREAS, through their counsel's inadvertence, freightmate and Mr. Lacaillade's motions complied with N.D. Cal. Local Rule 7-2(b)'s 25-page limit, instead of this Court's Standing Order providing that briefs (subject to certain exceptions not applicable here) shall not exceed 15 pages;

WHEREAS Plaintiff is willing to further extend freightmate and Mr. Lacaillade's time to respond to the Complaint until April 22, 2025 provided that they withdraw their pending motions to dismiss without prejudice and refile them in conformity with this Court's Standing Order (among any other applicable rules), and do not introduce new facts, arguments, or authorities;

Now, therefore, Plaintiff and defendants freightmate and Lacaillade, through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. Freightmate and Mr. Lacaillade shall file a Notice of Withdrawal (without prejudice) of their respective pending motions to dismiss on April 22, 2025.

2. Freightmate and Mr. Lacaillade shall have a further extension of time to respond to the Complaint through April 22, 2025, provided that any re-filed motions to dismiss that they file fully comply with this Court's Standing Order (among any other applicable rules), and do not introduce new facts, arguments, or authorities relative to the April 18 motions.

3. For the avoidance of doubt, Plaintiff's time to respond to any re-filed motions to dismiss shall be calculated from the date of filing of such motions.

**IT IS SO STIPULATED.**

Dated: April 22, 2025          TYZ LAW GROUP PC

*/s/ Udit Sood*
Udit Sood, Esq.
Attorneys for Plaintiff Flexport, Inc.

Dated: April 22, 2025          ALTO LITIGATION, PC

*/s/ Bahram Seyedin-Noor*
Bahram Seyedin-Noor, Esq.
Attorney for Defendant freightmate Ai, Inc.

Dated: April 22, 2025          MOBILITY LEGAL PC

*/s/ David R. Burtt*
David R. Burtt, Esq.
Attorney for Defendant Bryan Lacaillade

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 22, 2025          */s/ Monica M. Eno*
Monica Mucchetti Eno

**[PROPOSED] ORDER**

Having reviewed the foregoing Stipulation and good cause appearing therefor, defendants freightmate and Bryan Lacaillade shall have until April 22, 2025 to file their responsive pleading.

IT IS SO ORDERED.

_____
JUDGE RITA F. LIN