1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11    FLEXPORT, INC.,                           Case No.: 3:25-cv-02500-RFL-PHK

12                 Plaintiff,                    [PROPOSED] ORDER GRANTING
                                                 PLAINTIFF'S MOTION TO
13          v.                                   EXTEND THE CASE SCHEDULE AS
                                                 MODIFIED
14    FREIGHTMATE AI, INC.;
      YINGWEI (JASON) ZHAO; and                  Date:        January 20, 2025
15    BRYAN LACAILLADE,                          Time:        10:00 a.m.
                                                 Courtroom:   15 – 18th Floor
16                 Defendants.                   Judge:       Hon. Rita F. Lin

17                                               Action Filed:  March 12, 2025

18
          Now before the Court is the Motion to Extend the Case Schedule filed by Plaintiff
19
      Flexport, Inc. ("Plaintiff"). The Court, having read and considered the papers filed, the
20
      arguments of counsel, and good cause appearing, HEREBY GRANTS THE MOTION and
21
      MODIFIES the current case schedule (ECF No. 69) as follows:
22

23
| Event | Current Deadline | Modified Deadline |
| --- | --- | --- |
| Notice of Depositions Due | Dec. 12, 2025 | March 13, 2026 |
| Close of Fact Discovery | Jan. 16, 2026 | April 17, 2026 |
| Designation of Experts | Jan. 23, 2026 | April 24, 2026 |
| Rebuttal Expert Reports | Feb. 20, 2026 | May 22, 2026 |

24

25

26

27

28

- 1 -

| Close of Expert Discovery | March, 3, 2026 | June 1, 2026 |
|---|---|---|
| Dispositive Motions to be Filed | March 10, 2026 | June 8, 2026 |
| Dispositive Motions to be heard | 10:00 a.m., April 14, 2026 | 10:00 a.m., July 14, 2026 |
| Final Pretrial Conference | 2:30 p.m., June 15, 2026 | 2:30 p.m., Sept. 15, 2026 |
| Jury Selection/Jury Trial | 9:00 a.m., July 20, 2026 | 9:00 a.m., Oct. 19, 2026 |

**IT IS SO ORDERED**

Date: December 8, 2025

_____

HON. RITA F. LIN
United States District Judge

SPENCER FANE LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND CASE SCHEDULE;
Case No.: 3:25-cv-02500-RFL-PHK