UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| FLEXPORT, INC.,<br><br>                Plaintiff,<br><br>         v.<br><br>FREIGHTMATE AI, INC., et al.,<br><br>                Defendants. | Case No. 25-cv-02500-RFL   (PHK)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br>Re: Dkts. 84, 85 |

All discovery matters in this case have been referred to the undersigned. [Dkt. 81]. Now before the Court are two Joint Discovery Letter Briefs. [Dkts. 84, 85].

The Court has reviewed the Parties submissions in these Discovery Letter Briefs. In light of the submissions, the Parties are **ORDERED** to submit a Joint Status Report by **MARCH 16, 2026**. The Joint Status Report shall be formatted as a Joint Letter Brief, no longer than six pages, evenly divided between Flexport, on the one hand, and Freightmate and Zhao, on the other hand. The Joint Status Report shall reference the two discovery letter briefs (Dkts. 84, 85) and explain whether:

(a) any of the disputes in either letter brief have been resolved by the Parties through either further negotiation or in light of the service of responses to discovery requests served in October or thereafter;

(b) whether the Parties have finalized a forensic inspection protocol for the devices/accounts Flexport states it wants to inspect in the letter briefs and if not, the status of finalizing that protocol;

(c) whether Defendants Freightmate and Zhao have produced all documents they state in the letter briefs that they agreed to produce previously, and if not, the status of those

United States District Court<br>Northern District of California

agreed-upon productions; and

(d) whether Flexport has subpoenaed either Lighthouse or Wilson Sonsini, and if so, the status of any such subpoenas.

**IT IS SO ORDERED.**

Dated: March 3, 2026

PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California

2