ALTO LITIGATION, PC
  Bahram Seyedin-Noor (Bar No. 203244)
  bahram@altolit.com
  Bryan Ketroser (Bar No. 239105)
  bryan@altolit.com
  Monica Mucchetti Eno (Bar No. 164107)
  monica@altolit.com
  Anthony Basile (Bar No. 247409)
  anthony@altolit.com
1 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 779-2586
Facsimile: (415) 306-8744

Attorneys for Defendant
FREIGHTMATE AI, INC. and BRYAN LACAILLADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXPORT, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>FREIGHTMATE AI, INC.;<br>YINGWEI (JASON) ZHAO; and<br>BRYAN LACAILLADE,<br><br>            Defendants. | Case No.: 3:25-cv-02500-RFL-PHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE**<br><br>[L.R. 6-1, 6-2 and 7-12] |

- 1 -

SPENCER FANE LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE
Case No.: 3:25-cv-02500-RFL-PHK

This Stipulation is made pursuant to Civil L.R. 6-1, 6-2 and 7-12 between Plaintiff Flexport, Inc. ("Plaintiff" or "Flexport") and Defendants freightmate Ai, Inc., Yingwei (Jason) Zhao, and Bryan Lacaillade (collectively, "Defendants") through their respective counsel.  Plaintiff and Defendants (collectively, the "Parties") hereby stipulate to further extend portions of the pre-trial case schedule (ECF 106).

WHEREAS, on November 21, 2025, Plaintiff filed a Motion to Extend the Case Schedule (ECF 98), which Motion the Court Granted, as Modified, on December 8, 2025 (ECF 106).

WHEREAS, on March 13, 2026, the Parties filed a joint stipulation and proposed order to further modify the case schedule (ECF 124), which the Court Ordered on March 16, 2026 (ECF 125).

WHEREAS, on April 29, 2026, Plaintiff filed an Emergency Motion to Modify the Case Schedule (ECF 153), which Motion the Court Denied on May 6, 2026 (ECF 167).

WHEREAS, on April 28, 2026, Plaintiff filed a Motion for Leave to file a Second Amended Complaint ("SAC") (ECF 147), which Motion the Court Granted in Part and Denied in Part on June 4, 2026 (ECF 178).  As part of that Order, the Court Ordered the Parties to meet and confer regarding the case schedule and, by June 18, 2026, either submit an agreed-upon schedule or a joint filing setting forth the Parties' respective positions regarding the case schedule.

WHEREAS, the Parties have agreed to expedite discovery on the breach of fiduciary claim added in the Second Amended Complaint and to forgo filing Motions for Summary Judgment to maintain the existing trial date.

WHEREAS, the Parties have met and conferred, and jointly ask that the current pre-trial (but not trial) schedule be modified as follows:

| Event | Current Deadline | Modified Deadline | Notes |
|---|---|---|---|
| **Limited Fact Discovery – Breach of Fiduciary Duty Claim** | | | |
| Service of Additional Written Discovery (limited to Breach of | April 1, 2026 | June 22, 2026 | ≤1 ROG, ≤2 RFPs, ≤5 RFAs per Party. No compound ROGs |

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE
Case No.: 3:25-cv-02500-RFL-PHK

| | | | |
|---|---|---|---|
| Fiduciary Duty Claim) | | | |
| Responses to Additional Written discovery due | -- | June 25, 2026 | -- |
| Completion of M&C on Additional Written Discovery (including compliance with Judge Kang's Standing Order) | -- | July 10, 2026 | -- |
| Substantial Completion of any Additional Document Production in Relation to Breach of Fiduciary Duty Claim | -- | July 10, 2026 | -- |
| Discovery Motions Filed with Judge Kang (if unresolved issues on Breach of Fiduciary Duty Claim remain) | -- | July 17, 2026 | -- |
| Completion of Additional Depositions (limited to Breach of Fiduciary Duty Claim) | -- | July 31, 2026 | Not to exceed 7 hours total per side<br><br>Existing limitations/rules apply to avoid potential duplication/redundancy<br><br>Parties agree to remote depositions |
| Close of Limited Fact Discovery | May 1, 2026 | July 31, 2026 | -- |
| **Expert Discovery** | | | |
| Service of Supplemental Expert Reports (if any) | May 8, 2026 | June 25, 2026 | Only to offer any new opinions with respect to breach of fiduciary duty claim |
| Service of Rebuttal Supplemental Expert Reports (if any) | June 5, 2026 | July 20, 2026 | Only to respond to any new portions of supplemental reports, not pre-existing opinions in either (a) reports served on May |

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE
Case No.: 3:25-cv-02500-RFL-PHK

| | | | 8, 2026 or (b) supplemental reports served on June 5, 2026 |
|---|---|---|---|
| Close of Expert Discovery | June 15, 2026 | July 31, 2026 | |
| **Pre-Trial and Trial (no change)** | | | |
| Final Pretrial Conference | Sept. 15, 2026 2:30 PM | Sept. 15, 2026 2:30 PM | -- |
| Jury Selection / Trial | Oct. 19, 2026 9:00 AM | Oct. 19, 2026 9:00 AM | -- |

Dated: June 18, 2026

*/s/ Bryan Ketroser*
Bahram Seyedin-Noor (State Bar No. 203244)
bahram@altolit.com
Bryan Ketroser (State Bar No. 239105)
bryan@altolit.com
Monica Mucchetti Eno (State Bar No. 164107)
monica@altolit.com
**ALTO LITIGATION, PC**
1 Embarcadero Center
Suite 1200
San Francisco, CA 94111
Tel: (415) 779-2586

Attorney for Defendants
FREIGHTMATE AI, INC. and BRYAN
LACAILLADE

SPENCER FANE LLP

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE
Case No.: 3:25-cv-02500-RFL-PHK

Dated: June 18, 2026

*/s/ John V. Picone III*

John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jeffrey M. Ratinoff (State Bar No. 197241)
jratinoff@spencerfane.com
Jennifer S. Coleman (State Bar No. 213210)
jcoleman@spencerfane.com
Jing H. Cherng (State Bar No. 265017)
gcherng@spencerfane.com
**SPENCER FANE LLP**
225 W. Santa Clara Street
Suite 1500
San Jose, CA 95113
Tel: (408) 286-5100

Attorneys for Plaintiff,
FLEXPORT, INC.

Dated: June 18, 2026

*/s/ Chowning Poppler*

A. Chowning Poppler (State Bar No. 272870)
chowning@chanpunzalan.com
Mark Punzalan (State Bar No. 247599)
mark@chanpunzalan.com
Bryan Wang (State Bar No. 318927)
bryan@chanpunzalan.com
**CHAN PUNZALAN LLP**
22 Battery Street, Suite 800
San Francisco, CA 94111

Attorneys for Defendant
YINGWEI (JASON) ZHAO

- 5 -

SPENCER FANE LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE
Case No.: 3:25-cv-02500-RFL-PHK

## **ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: June 18, 2026                          ALTO LITIGATION, PC


                                              /s/ Bryan Ketroser
                                              Bryan Ketroser

                                              Attorney for Defendants
                                              FREIGHTMATE AI, INC. and BRYAN
                                              LACAILLADE

SPENCER FANE LLP

- 6 -

JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE
Case No.: 3:25-cv-02500-RFL-PHK

### [PROPOSED] ORDER

Now before the Court is the Stipulation and [Proposed] Order to Further Modify Case Schedule. The Court, having read and considered the above Stipulation, and good cause appearing therefore, HEREBY GRANTS THE STIPULATION and FURTHER MODIFIES the current case schedule (ECF No. 125) as follows:

| Event | Current Deadline | Modified Deadline | Notes |
|---|---|---|---|
| **Limited Fact Discovery – Breach of Fiduciary Duty Claim** | | | |
| Service of Additional Written Discovery (limited to Breach of Fiduciary Duty Claim) | April 1, 2026 | June 22, 2026 | ≤1 ROG, ≤2 RFPs, ≤5 RFAs per Party. No compound ROGs |
| Responses to Additional Written discovery due | -- | June 25, 2026 | -- |
| Completion of M&C on Additional Written Discovery (including compliance with Judge Kang's Standing Order) | -- | July 10, 2026 | -- |
| Substantial Completion of any Additional Document Production in Relation to Breach of Fiduciary Duty Claim | -- | July 10, 2026 | -- |
| Discovery Motions Filed with Judge Kang (if unresolved issues on Breach of Fiduciary Duty Claim remain) | -- | July 17, 2026 | -- |
| Completion of Additional Depositions (limited to Breach of Fiduciary Duty Claim) | -- | July 31, 2026 | Not to exceed 7 hours total per side. Existing limitations/rules apply to avoid potential duplication/redundancy. Parties agree to remote |

- 7 -

| | | | depositions |
|---|---|---|---|
| Close of Limited Fact Discovery | May 1, 2026 | July 31, 2026 | -- |
| **Expert Discovery** | | | |
| Service of Supplemental Expert Reports (if any) | May 8, 2026 | June 25, 2026 | Only to offer any new opinions with respect to breach of fiduciary duty claim |
| Service of Rebuttal Supplemental Expert Reports (if any) | June 5, 2026 | July 20, 2026 | Only to respond to any new portions of supplemental reports, not pre-existing opinions in either (a) reports served on May 8, 2026 or (b) supplemental reports served on June 5, 2026 |
| Close of Expert Discovery | June 15, 2026 | July 31, 2026 | |
| **Pre-Trial and Trial (no change)** | | | |
| Final Pretrial Conference | Sept. 15, 2026 2:30 PM | Sept. 15, 2026 2:30 PM | -- |
| Jury Selection / Trial | Oct. 19, 2026 9:00 AM | Oct. 19, 2026 9:00 AM | -- |

**IT IS SO ORDERED.**

Date: _____

_____
HON. RITA F. LIN
United States District Court Judge

SPENCER FANE LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY CASE SCHEDULE
Case No.: 3:25-cv-02500-RFL-PHK