ALTO LITIGATION, PC
Bahram Seyedin-Noor (Bar No. 203244)
bahram@altolit.com
Bryan Ketroser (Bar No. 239105)
bryan@altolit.com
Monica Eno (Bar No. 164107)
monica@altolit.com
Anthony Basile (Bar No. 247409)
anthony@altolit.com
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (415) 306-8744

Attorneys for Defendants
FREIGHTMATE AI, INC.
AND BRYAN LACAILLADE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLEXPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREIGHTMATE AI, INC., YINGWEI (JASON) ZHAO, and BRYAN LACAILLADE,<br><br>Defendants. | Case No. 3:25-cv-2500-RFL-PHK<br><br>**DECLARATION OF BRYAN LACAILLADE IN SUPPORT OF DEFENDANTS FREIGHTMATE AI, INC. AND BRYAN LACAILLADE'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS UNDER FRCP 37(e)**<br><br>Date: July 16, 2026<br>Time: 2:30 p.m.<br>Courtroom: F - 15th Floor<br>Judge: Hon. Peter H. Kang<br><br>Date Action Filed: March 12, 2025<br>Trial Date: October 19, 2026 |

I, Bryan Lacaillade, declare as follows:

1. I am the Chief Executive Officer of freightmate Ai, Inc. ("Freightmate"). The matters set forth herein are based upon my personal knowledge. I am over 18 years of age and, if called upon to testify as to matters set forth herein, I could and would do so competently.

2. On May 6, 2024 I informed Flexport CEO Ryan Petersen via Slack that I was leaving Flexport to become an entrepreneur. Mr. Petersen subsequently wished me well.

3. In its Motion, Flexport alleges that defendant Yingwei (Jason) Zhao deleted Flexport Operational Files from his personal USB drive on September 7, 2024. At that time, I was not aware that Jason had Flexport files on a personal drive, or that he deleted such files.

4. After receiving a September 6, 2024 letter from Flexport's legal counsel, I followed the letter's instruction to "confirm that [I] ha[d] not retained and d[id] not possess any Flexport Proprietary Information" by searching for any such Flexport Proprietary Information in Freightmate's repositories. While searching, I also deleted Freightmate documents that were no longer being used. I determined which documents were no longer in use by referring to the documents' "last opened" date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 22, 2026.

DocuSigned by:
Bryan Lacaillade
509AC9624F304E3...

Bryan Lacaillade