**Spencer Fane LLP**
John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jeffrey M. Ratinoff (State Bar No. 197241)
jratinoff@spencerfane.com
Jennifer S. Coleman (State Bar No. 213210)
jcoleman@spencerfane.com
Jing H. Cherng (State Bar No. 265017)
gcherng@spencerfane.com
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722

Attorneys for Plaintiff
FLEXPORT, INC.

ALTO LITIGATION, PC
  Bahram Seyedin-Noor (Bar No. 203244)
  bahram@altolit.com
  Bryan Ketroser (Bar No. 239105)
  bryan@altolit.com
  Anthony F. Basile (Bar No. 247409)
  anthony@altolit.com
1 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: (415) 779-2586
Facsimile: (415) 306-8744

Attorneys for Defendants
FREIGHTMATE AI, INC.
AND BRYAN LACAILLADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXPORT, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>FREIGHTMATE AI, INC.;<br>YINGWEI (JASON) ZHAO; and<br>BRYAN LACAILLADE,<br><br>                    Defendants. | Case No.: 3:25-cv-02500-RFL-PHK<br><br>**JOINT CHART SUMMARIZING PARTIES' MOTIONS TO SEAL**<br><br>**Demand for Jury Trial**<br><br>Action Filed: March 12, 2025<br>Trial Date: October 19, 2026 |

- 1 -

JOINT CHART SUMMARIZING PARTIES' MOTIONS TO SEAL
Case No.: 3:25-cv-02500-RFL-PHK

Pursuant to the Court's June 11, 2026 Minute Order, Plaintiff Flexport, Inc. ("Flexport") and Defendants freightmate Ai, Inc. ("freightmate"), Bryan Lacaillade ("Lacaillade"), and Jason Zhao ("Zhao") hereby submit a Joint Chart Summarizing the Parties' Sealing Requests as Exhibit A hereto.  *See* Dkt. Nos. [145], [151], [165], [166], [170], [179], [191], [199], [206] and [216].

Dated:  July 13, 2026                                                ALTO LITIGATION, PC


                                                                     */s/ Bryan Ketroser*
                                                                     Bryan Ketroser
                                                                     Attorneys for Defendants freightmate Ai, Inc. and Bryan Lacaillade

Dated:  July 13, 2026                                                CHAN + PUNZALAN


                                                                     */s/ Chowning Poppler*
                                                                     Chowning Poppler
                                                                     Attorneys for Defendant Yingwei (Jason) Zhao


Dated:  July 13, 2026                                                SPENCER FANE


                                                                     */s/ Jeffrey M. Ratinoff*
                                                                     John V. Picone III
                                                                     Jeffrey M. Ratinoff
                                                                     Jennifer S. Coleman
                                                                     Jing H. Cherng
                                                                     Attorneys for Plaintiff Flexport, Inc.

SPENCER FANE LLP
ATTORNEYS AT LAW

- 2 -

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: July 13, 2026                    ALTO LITIGATION, PC


                                        /s/ Bryan Ketroser
                                        Bryan Ketroser
                                        Attorneys for Defendants freightmate Ai,
                                        Inc. and Bryan Lacaillade

- 1 -

ATTESTATION OF E-FILED SIGNATURE                    Case No.: 3:25-cv-02500-RFL-PHK

# EXHIBIT  A

Exhibit A

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Exhibits 1 (proposed Second Amended Complaint) and 2 (redlined proposed Second Amended Complaint) to the Declaration of Jeffrey M. Ratinoff in Support of Plaintiff's Motion for Leave to File Second Amended Complaint | 148-1, 148-2 | 145-4, 145-5 | 162 | Defendant Yingwei (Jason) Zhao ("Zhao") | Partial | Zhao's personal phone number cited in paragraph 71 of the proposed Second Amended Complaint (appearing at Ex. 1, p. 20, line 9 and Ex. 2, p. 20, line 25), redacted to protect his personal privacy and prevent misuse such as unwanted contact, harassment, robocalls, or phishing | |
| Flexport's Emergency Motion to Modify Case Schedule ("Emergency Motion") | 153 | 151-3 | 166 | Defendant Freightmate Ai, Inc. ("freightmate") | Partial | Redacted portions of the Emergency Motion disclose freightmate's trade secrets and confidential business information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Declaration of Dieter Hotz in Support of Flexport, Inc.'s Emergency Motion ("Hotz Decl.") | 153-1 | 151-4 | 166 | freightmate | Partial | Redacted portions of the Hotz Decl. disclose freightmate's trade secrets and confidential source code, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| List of freightmate repositories and dates of creation. | 153-7 | 151-7 | 166 | freightmate | Full | List of freightmate repositories with dates of creation constitutes freightmate's trade secrets and confidential business information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Discovery related correspondence describing freightmate trade secrets and confidential business information | 153-8 | 151-8 | 166 | freightmate | Partial | Redacted portions of discovery-related correspondence disclose freightmate trade secrets and confidential business information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

2

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Discovery-related email describing freightmate trade secrets and confidential business information | 153-9 | 151-9 | 166 | freightmate | Partial | Redacted portions of discovery-related correspondence disclose freightmate trade secrets and confidential business information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Excerpts from April 21, 2026 Deposition Transcript of Freightmate CTO Rishab Gadroo ("April 21, 2026 Gadroo Deposition") | 153-24 | 151-10 | 166 | freightmate | Partial | Redacted portions of deposition transcript disclose freightmate trade secrets and confidential source code, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Defendants' Opposition to Emergency Motion to Modify Schedule ("Opposition to Emergency Motion") | 163 | 165-3 | 165 | freightmate | Partial | Redacted portions of Opposition to Emergency Motion contain freightmate's confidential financial information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Declaration of Bryan Lacaillade in Opposition to Emergency Motion to Modify Schedule ("Lacaillade Declaration") | 163-2 | 165-4 | 165 | freightmate | Partial | Redacted portions of Lacaillade Declaration contain freightmate's confidential financial information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Discovery related correspondence describing freightmate's confidential source code and non-public technical information | 163-11 | 165-5 | 165 | freightmate | Partial | Redacted portions of discovery-related correspondence disclose freightmate's confidential source code and non-public technical information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Discovery related email describing freightmate's confidential source code and non-public technical information | 163-12 | 165-6 | 165 | freightmate | Partial | Redacted portions of discovery-related correspondence disclose freightmate's confidential source code and non-public technical information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Discovery related email describing freightmate's confidential source code and non-public technical information | 163-19 | 165-7 | 165 | freightmate | Partial | Redacted portions of discovery-related correspondence disclose freightmate's confidential source code and non-public technical information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Flexport's Notice of Motion and Motion for Sanctions Under FRCP 37(e) (hereafter "Sanctions Motion") | 180 | 179-3 | 191 | freightmate | Partial | Redacted portions of Sanctions Motion contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Declaration of Dieter W. Hotz in Support of Plaintiff's Sanctions Motion (Hotz Declaration re Sanctions Motion) | 182 | 179-4 | 191 | freightmate | Partial | Redacted portions of Hotz Declaration re Sanctions Motion contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Excerpts from April 21, 2026 Gadroo Deposition | 181-20 | 179-26 | 191 | freightmate | Partial | Excerpts from April 21, 2026 Gadroo Deposition contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Excerpts from May 4, 2026 Deposition Transcript of Rishab Gadroo | 181-26 | 179-32 | 191 | freightmate | Partial | Excerpts from May 4, 2026 Deposition Transcript of Rishab Gadroo contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Portions of Opposition to Motion for Sanctions ("Sanctions Opp.") that reference personal email addresses of defendants Lacaillade and Zhao and co-founder Gadroo | 194 | 199-3 | 199 | Freightmate and Lacaillade | Partial | The founders' personal email addresses constitute their personal and private information that have no relevance to the claims at issue in the litigation. | |
| Portions of Sanctions Opp. that reference freightmate's proprietary and trade secret technical information about Docmate | 194 | 199-3 | 199 | Freightmate | Partial | Redacted portions of Sanctions Opp. contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Portions of Declaration of R. Gadroo in Support of Sanctions Opp. ("Gadroo Sanctions Declaration") that reference freightmate's proprietary and trade secret technical information about Docmate | 197 | 199-4 | 199 | freightmate | Partial | Redacted portions of Gadroo Sanctions Declaration contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Basile Dec Ex. 8 – Excerpts from March 12, 2026 Ayodele Okeowo Depostion | 196-8 | 200-4 | 206 | Flexport | Full | Excerpts contain confidential and proprietary internal business operation and internal organization information, which Flexport does not publicly disclose. | |
| Basile Dec Ex. 9 – Excerpts from April 27, 2026 Peter Pham Deposition | 196-9 | 200-4 | 206 | Flexport | Full | Excerpts contain confidential and proprietary internal organizational and investigative protocol information, which Flexport does not publicly disclose. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Discovery related correspondence describing freightmate's proprietary and trade secret technical information about Docmate | 196-11 | 199-5 | 199 | freightmate | Partial | Redacted portions of discovery correspondence contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| List of freightmate repositories and dates of creation | 196-13 | 199-5 | 199 | freightmate | Full | List of freightmate repositories with dates of creation constitutes freightmate's trade secrets and confidential business information, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Basile Dec Ex. 15 – Plaintiff's Seventh Supplemental Response to Interrogatories, Set 1 | 196-15 | 200-4 | 206 | Flexport | Full | Responses contain Flexport's highly confidential proprietary trade secret information and confidential technical business information. | |
| Excerpts from the June 5, 2026 Expert | 196-16 | 199-5 | 199 | freightmate | Full | Excerpts from the Zeidman Rebuttal Report contain proprietary and | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Rebuttal Report of Robert Zeidman ("Zeidman Rebuttal Report") | | | | | | trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Excerpts from the June 5, 2026 Rebuttal Expert Report of Evan P. Armstrong ("Armstrong Rebuttal Report") | 196-17 | 199-5 | 199 | freightmate | Full | Excerpts from the Armstrong Rebuttal Report contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Defendant Freightmate's Supplemental Responses to Plaintiff's Third Set of Interrogatories (SI Nos. 14-15) ("Supplemental Responses to Set Three Rogs") | 196-18 | 199-5 | 199 | freightmate | Full | Freightmate's Supplemental Responses to Set Three Rogs contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Excerpts from the June 26, 2025 Deposition Transcript of Rishab Gadroo | 196-24 | 199-5 | 199 | freightmate | Full | Excerpts from June 26, 2025 Deposition Transcript of Rishab Gadroo contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Basile Dec Ex. 29 – Plaintiff's Responses to Interrogatories, Set 3 | 196-29 | 200-4 | 206 | Flexport | Full | Responses contain Flexport's highly confidential proprietary trade secret information and confidential technical business information. | |
| Plaintiff Flexport, Inc.'s June 29, 2026 Reply in Support of Motion for Sanctions Under FRCP Rule 37(e) | 208 | 207-3 | 216 | Freightmate | Partial | Excerpts from June 29, 2026 Reply in Support of Motion for Sanctions contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Exhibit 1 to June 29, 2026 Ratinoff Reply Declaration | 209 | 207-4 | 216 | Freightmate | Full | Exhibit 1 to the June 29, 2026 Ratinoff Reply Declaration contains proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Exhibit 2 to June 29, 2026 Ratinoff Reply Declaration | 209 | 207-5 | 216 | Freightmate | Full | Exhibit 2 to the June 29, 2026 Ratinoff Reply Declaration contains proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Declaration of Dr. Michael G. Kay in Support of Plaintiff Flexport, Inc.'s Reply in Support of its Motion for Sanctions Under FRCP 37(e) | 211 | 207-6 | 216 | Freightmate | Partial | Excerpts from the Declaration of Dr. Michael G. Kay in Support of Plaintiff Flexport, Inc.'s Reply in Support of its Motion for Sanctions Under FRCP 37(e) contain proprietary and trade | |

13

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | | secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Declaration of Dr. Dieter W. Hotz in Support of Plaintiff Flexport, Inc.'s Reply in Support of its Motion for Sanctions Under FRCP 37(e) | 212 | 207-7 | 216 | Freightmate | Partial | Excerpts from the Declaration of Dr. Dieter W. Hotz in Support of Plaintiff Flexport, Inc.'s Reply in Support of its Motion for Sanctions Under FRCP 37(e) contain proprietary and trade secret technical information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |
| Declaration of Daniel L. Regard II in Support of Plaintiff's Reply in Support of Motion for Sanctions Under FRCP 37(e) | 213 | 207-8 | 216 | Freightmate | Partial | Excerpts from the Declaration of Daniel L. Regard II in Support of Plaintiff Flexport, Inc.'s Reply in Support of its Motion for Sanctions Under FRCP 37(e) contain proprietary and trade secret technical | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | | information related to Docmate, the disclosure of which might harm freightmate's competitive standing if publicly known. | |

15