UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXPORT, INC.,<br>Plaintiff,<br>v.<br>FREIGHTMATE AI, INC., et al.,<br>Defendants. | Case No. 25-cv-02500-RFL<br><br>**ORDER TO SHOW CAUSE** |

During the final pretrial conference, the parties revealed that they had not yet attempted to resolve their dispute through private mediation. It is ordinarily this Court's practice to set an alternative dispute resolution deadline well in advance of the pretrial conference. Accordingly, following the pretrial conference, the Court reviewed the docket as to this issue and learned that it had ordered the parties to participate in private mediation, required a joint letter identifying the mediator selected and the date selected for mediation by December 5, 2025, and set a deadline for private mediation by February 27, 2026. (Dkt. No. 69.) The parties do not appear to have complied with this order. **By September 16, 2026**, the parties shall **SHOW CAUSE** via a joint letter of no more than four pages why the Court should not vacate the current trial date, re-set trial for December 7, 2026, and require proof of completion of private mediation by November 13, 2026.

**IT IS SO ORDERED.**

Dated: September 15, 2026

RITA F. LIN
United States District Judge