ALTO LITIGATION, PC
Bahram Seyedin-Noor (Bar No. 203244)
bahram@altolit.com
Bryan Ketroser (Bar No. 239105)
bryan@altolit.com
Anthony F. Basile (Bar No. 247409)
anthony@altolit.com
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (415) 306-8744

Attorneys for Defendants
FREIGHTMATE AI, INC.
and BRYAN LACAILLADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREIGHTMATE AI, INC.; YINGWEI (JASON) ZHAO; and BRYAN LACAILLADE,<br><br>Defendants. | Case No.: 3:25-cv-02500-RFL-PHK<br><br>**DEFENDANTS' TIMELINE OF EVENTS**<br><br>Action Filed: March 12, 2025<br>Trial Date: October 19, 2026 |

In its Rulings on Pretrial Matters [Dkt. No. 285] ("Rulings"), the Court ordered the parties to "file jointly a timeline of key events for the Court's use during trial. Color coding or other notations may be used to indicate if the occurrence or timing of particular events is contested." Rulings at p. 15.

The parties exchanged drafts of a proposed timeline, with black text indicating agreed upon entries, blue text indicating plaintiff Flexport, Inc.'s disputed entries, and green text indicating Defendants' disputed entries. However, at 12:49 p.m. on September 29, 2026—the due date for this filing—Flexport's counsel stated that unless Defendants accepted its proposed edits provided therewith, Flexport would not participate in a joint filing. Because those edits would make substantial deletions to portions that already are clearly marked (by their color) as coming from Defendants, Defendants did not agree, and thus submit their timeline of event as **Exhibit A** hereto.

Exhibit A is in substantially the same form as the last version that Defendants provided to Flexport, with the exception that a small number of typos have been caught and fixed and Defendants emphasized those entries that include their disputed contentions.

Dated: September 29, 2026

ALTO LITIGATION, PC

*/s/ Bryan Ketroser*
Bryan Ketroser
Attorneys for Defendants
freightmate Ai, Inc. and Bryan Lacaillade

Dated: September 29, 2026

CHAN + PUNZALAN

*/s/ Chowning Poppler*
Chowning Poppler
Attorneys for Defendant
Yingwei (Jason) Zhao

ATTESTATION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: September 29, 2026

ALTO LITIGATION, PC

*/s/ Bryan Ketroser*
Bryan Ketroser
Attorneys for Defendants
freightmate Ai, Inc. and Bryan Lacaillade