# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| March 16, 2021 | Zhao signed his Flexport offer letter and Employee Inventions and Proprietary Information Agreement ("EIPIA"). |
| June 1, 2021 | Zhao joined Flexport as a Principal Technical Program Manager from Amazon, where he was part of the Amazon Global Logistics group, Amazon's door-to-door ocean and air freight shipping service that lets sellers move inventory from overseas manufacturing hubs directly into Amazon fulfillment centers and warehousing facilities. |
| September 10, 2021 | Lacaillade signed his Flexport offer letter and EIPIA. |
| October 18, 2021 | Lacaillade joined Flexport as Group Product Manager at Flexport from Amazon, where he was part of the Amazon Global Logistics group. |
| January 2023 | Flexport laid off Lacaillade's entire product team — more than ten product managers — leaving "no one under" him; he carried the team's work alone until Leo Li permitted him to rebuild, and he hired three product managers. After the layoffs, Lacaillade told Li he was unhappy; Li "made improvements that actually made me much happier," including having Lacaillade report directly to Li. Source: Lacaillade 4/20/26 Dep. 27:18–29:14. |
| October 2023 | Flexport conducts another round of layoffs. "Morale is bad for sure." Source: Li 4/16/26 Dep. 20:9-14; 28:16-19. |
| Early October 2023 | Lacaillade and Zhao began discussing the possibility of starting a new company with three other individuals, including Flexport employees Yong "Leo" Li, Xuguang Pan, and Ye Yuan. Lacaillade was located on the East Coast; Zhao, Li, and Yuan were located in Washington state; Pan was located in Shanghai. |
| October 15, 2023 | Lacaillade texted a third party with a 443 area code that he was "[l]ooking to potentially start something with 2 of my co-workers that I joined Flexport with" and was "[b]asically building the same tech we are building for Flexport as a SaaS for other freight forwarders." He later texted that he "is genuinely enjoy [sic] that work as opposed to building cool shit just for flexport to benefit." |

[1] Certain sources cited here have been designated "Highly Confidential – Attorneys Eyes' Only" under the Stipulated Protective Order [Dkt. 78]. However, the facts included herein are not Attorneys' Eyes Only.

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| On or about October 19, 2023 | Lacaillade and Zhao joined a non-Flexport WeChat group called "$100BN Company Founders," which another member created for their startup discussions. |
| October 2023 – May 2024 | The group continued discussing the possibility of starting a new company, without settling on a customer, problem, or product. The first concrete idea explored was a consumer (B2C) email tool; the January 2024 "E2E MBL — automate uploading to CargoWise" idea "never came to fruition" and was never built. Freightmate did not settle on document automation as its first use case until June 6–7, 2024, after interviewing freight forwarders (see June 6–7, 2024 below). Source: Lacaillade 4/20/26 Dep. 39:19–42:05; 51:06–12; 98:14–99:05; 103:16–19; Trial Ex. 2054 (Wischoff Ex. 12; FREIGHT005609–005610); Trial Ex. 2058 (FREIGHT002578–002579) § 1. |
| October–December 2023 | Lacaillade and Zhao used the $100BN Company Founders WeChat group to communicate their start-up plans. Some of their communications in the group occurred during Flexport business hours during this period. At the time, Lacaillade was working in New York and Zhao in Washington. Defendants contend that both were careful to discuss the new business idea during permitted breaks and not while also doing work for Flexport. |
| December 13–14, 2023 | On December 13, three of the five group members, including Zhao, joined a new Slack chat named "#100bn-startup." The remaining two members, including Lacaillade, joined on December 14. |
| December 15, 2023 | Lacaillade created a Slack workspace called "shadowai" for the group. |
| December 15, 2023 | Lacaillade uploaded a Google Doc titled "Flexport Offer Letter Proprietary Information Agreement" to the #100bn-startup Slack chat and asked the others to determine whether their agreements contained the same language. Lacaillade proposed obtaining legal feedback before the January kickoff because it would "help dictate what we can/can't do." |
| December 18, 2023 | Lacaillade sent the #100bn-startup group a Miro-board link for adding potential initial use cases before the January kickoff. He stated that the group would assess the opportunities, decide which one to pursue first, and begin developing solutions. |
| December 22, 2023 | Lacaillade uploaded a Google Sheet titled "Shadow AI Reference Sheet" to the #100bn-startup Slack chat. He stated that he had performed competitive benchmarking of AI and automation solutions for freight forwarders. |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| Beginning in January 2024 and continuing through May 2024 | Lacaillade continued to perform as an exemplary employee. During permitted breaks that he took in the business day, and without in any way diminishing his performance for Flexport, Lacaillade discussed the potential new business idea with Zhao. Lacaillade scheduled more frequent meetings with Zhao during Flexport business hours using Flexport computer systems. Flexport contends these meetings were to discuss standing up Freightmate and developing a prototype for its Docmate product, as well as accessed and used Flexport's confidential files to assist in those efforts. Defendants contend that the meetings were not about "standing up Freightmate," but rather to discuss Flexport business, frequently with the knowledge and/or at the request of their Flexport supervisor, Li. |
| January 12, 2024 | Venture capitalist Nichole Wischoff reached out to Lacaillade. |
| January 16, 2024 | Lacaillade reminded the #100bn-startup Slack group to compare their offer letters before the January 20 meeting. He stated that Zhao had confirmed that his agreement contained the same language as Lacaillade's. |
| January 17, 2024 | Lacaillade sent the group a list of goals for the January 20 meeting. The goals included aligning on the customer, problem, solution, user journey, analytics, first use case, roles and responsibilities, offer-letter language, legal advice, and assigned next steps. |
| January 17, 2024 | Lacaillade texted the same third party with a 443 area code that he was "[w]ay more excited about this work than Flexport work lol." |
| January 20, 2024 | A meeting among Lacaillade, Zhao, and the other three members of the #100bn-startup group occurred in Bellevue, Washington. |
| January 20, 2024 | Lacaillade, Zhao and Yuan met in-person (Li joins remotely) to brainstorm ideas for the potential startup. Source: Trial Ex. 1029 (Zhao00062860). |
| Tuesday, January 23, 2024, at 12:30 p.m. Eastern Time | Lacaillade met with venture capitalist Nicole Wischoff by phone on a Flexport work day. Lacaillade contends this was during his lunch break on a Flexport work day. |

**EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS**

| Date | Event[1] |
|---|---|
| January 23, 2024, at 12:55 p.m. Eastern Time | Lacaillade told the #100bn-startup Slack group that he had an "awesome call with the VC fund owner," that she wanted to remain informed, and that she was willing to help prepare for and invest in a funding round if the group made a compelling case. |
| January 29, 2024 | Lacaillade obtains a registration of the freightmate.ai domain. |
| January 2024 | Flexport lays off more employees, including the entire FFA US-based engineering team. |
| Between January 30 and February 5, 2024 | Leo Li stopped participating in discussions with Lacaillade and Zhao regarding Freightmate. |
| February 11, 2024 | Lacaillade created a document titled "freightmate ai PRFAQ" in his personal Google Drive. |
| Monday, February 12, 2024 at 2:00 p.m. PT | Lacaillade and Zhao met with an "Intellectual Property Rights litigator" via video conference to go over the key provisions in their EIPIAs. |
| February 20, 2024 | Flexport offered Zhao a retention bonus of $40,000. Zhao accepted, only half of which he received because he left Flexport before the second payment was made. Source: Trial Ex. 1046 (FLEXPORT_353677). |
| February 23, 2024 | Lacaillade subscribed to Balsamiq Cloud and invited Zhao to collaborate in an instance called "Bryan's Space." |
| February 27–28, 2024 | Lacaillade created multiple Freightmate wireframes in Balsamiq Cloud. |
| February 28, 2024 | Flexport awarded Zhao a bonus of $19,013.14. Source: Trial Ex. 1050 (FLEXPORT_000888). |
| March 2024 | Flexport employees Xuguang Pan and Ye Yuan stopped engaging in discussions regarding the potential startup. Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| March 4, 2024 | Feeling demoralized by Flexport's repeated layoffs of hard working employees and his depleted team, Lacaillade texted Zhao: "Man it's tough to focus on Flexport work when I'm so much more excited about the freightmate work." |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| March 9, 2024 | Zhao transferred personal and Flexport-related files from his old Flexport laptop to a new Flexport laptop. He zipped files on the old laptop and backed them up to a Hitachi external hard drive. He then transferred some of the zipped files from that device to his new Flexport laptop. |
| March 10, 2024 | Lacaillade shared with Zhao a document titled "freightmate Weekly Stand-up Agenda + Next Steps," whose stated purpose was to capture updates, topics, and next steps for Freightmate standups. |
| March 12, 2024, at 1:37 p.m. Pacific Time | Lacaillade shared with Zhao, from his personal Google account, a document titled "Requirements for Initial Capabilities." |
| March 25, 2024 | Flexport awards Zhao an annual merit increase of his base salary to $262,403.46. Source: Trial Ex. 1074 (FLEXPORT_000889). |
| April 2024 | Zhao invited Shyam Kannam to discuss potentially joining the new business venture as its Chief Technology Officer. Source: Trial Ex. 1476 (Lacaillade's 2026-06-25 Responses to Flexport's Fourth Set of Interrogatories (No. 11). |
| April 1, 2024 | Lacaillade was promoted to Director, Product Management at Flexport. |
| March – April 2024 | Flexport promoted Lacaillade to Director, Product Management (Total Gross Cash Compensation: $282,366; 9,100 RSUs) a few weeks before he gave notice. Lacaillade testified that he gave Flexport his best efforts and "was committed" to Flexport throughout the period in which he was considering a startup, and was "promoted several months later." Source: Lacaillade 4/20/26 Dep. 22:16–23:05; 26:16–22; Trial Ex. 1073 (Lacaillade Dep. Ex. 2; FLEXPORT_000760). |
| April 16, 2024 | Lacaillade sent Wischoff a slide deck "to help share more details about our plan and next steps." |
| Wednesday, April 17, 2024 | Lacaillade, Zhao, and Kannam met with Wischoff by video conference to discuss a 5-year vision for freightmate. Wischoff offered pre-seed funding for Freightmate during that meeting. |
| April 18, 2024 | Lacaillade emailed Wischoff that "[w]e are accelerating our start times," that he intended to leave Flexport on May 10, and that the founders wanted to proceed with the discussed early funding. Lacaillade stated that Zhao would join three weeks later because Zhao had significant RSU grants vesting on June 1. |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| April 19, 2024 | Lacaillade sent Zhao and Wischoff an invitation to an April 26 Google Meet to review Freightmate's projected burn rate, discuss the pre-seed amount, and align on next steps. |
| April 23, 2024 | Lacaillade formally notified Li, his Flexport supervisor, that he was resigning. |
| April 24, 2024 | Lacaillade sent Wischoff a presentation titled "freightmate Pre-Seed Planning Update" and a spreadsheet titled "freightmate Burn Rate." |
| April 25, 2024 | Wischoff sent Lacaillade and Zhao a SAFE with NW FUND II, LP that offered funding and provided a pre-seed valuation for Freightmate. |
| Friday, April 26, 2024 | Lacaillade and Zhao met with Wischoff via video conference to discuss the investment offer and next steps. |
| May 2024 | Kannam stopped engaging in discussions with Lacaillade and Zhao about the potential startup. Source: Trial Ex. 1476 (Lacaillade's 2026-06-25 Responses to Flexport's Fourth Set of Interrogatories (No. 11). |
| May 3, 2024 | Lacaillade arranged Freightmate's registered agent. |
| May 3-4, 2024 | Lacaillade invited Zhao to edit Figma files named "freightmate website" and "freightmate Ai Portal." |
| May 6, 2024 | Lacaillade informed Ryan Petersen, Flexport's CEO, of his plans to leave Flexport to become an entrepreneur. Petersen responded to Lacaillade's farewell message: "You've been a star for us," and asked what he would do next. Lacaillade replied that he was "taking the entrepreneurship route," wanted "to do something at the intersection of AI and supply chain/logistics, but we still need to do the proper discovery to figure out what the focus will be," and that he "did my best to leave it all on the court while I was here." Source: Trial Ex. 2045 (FLEXPORT_005640). |
| May 6, 2024 | Leo Li announced Lacaillade's departure to the entire FFA technology organization, writing that Lacaillade "is a founding member of FFA, he converted FFA from only a high-level idea to a concrete product vision and led the product team through all the changes. We can't get this far without his leadership and contribution," and named Phil Song as his successor. Lacaillade's farewell described FFA as "a product supporting over 2,000 Partner/Flexport users across 60 countries." No one at Flexport raised any concern about Lacaillade's stated plans before his departure. Source: Trial Ex. 2044 (Song Ex. 12; FLEXPORT_003907–003908); Trial Ex. 1097 (Li Ex. 14; FLEXPORT_003802) |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| | (4/23/24 resignation: "Per our conversation, my last day at Flexport will be Friday, 5/10/24"); Trial Ex. 2094 (FLEXPORT_000004–000558) § II ("At no time did Flexport raise any concerns"). |
| May 7, 2024 | Lacaillade created Freightmate's Google Workspace and freightmate.ai email accounts for himself, Zhao, and Gadroo. |
| May 8, 2024 | Lacaillade invited Rishab Gadroo, then a Senior Software Engineer at Amazon focused on scaling multiple tech domains of Amazon Global Logistics, to join the startup.<br>Source: Trial Ex. 1476 (Lacaillade's 2026-06-25 Responses to Flexport's Fourth Set of Interrogatories (No. 11). |
| May 9, 2024 | Using his Freightmate Google account, Lacaillade gave Zhao's Freightmate account access to the freightmate.ai Shared Drive. |
| May 10, 2024 | Lacaillade's employment with Flexport ended. |
| May 13, 2024 | Freightmate filed its incorporation papers in Delaware. Lacaillade became Freightmate's CEO and Zhao became a Freightmate shareholder, board member, and Freightmate's COO while he remained employed by Flexport. |
| May 13, 2024 | Zhao uploaded approximately 339 Flexport Shipping Documents to Freightmate's Google shared drive. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| May 13, 2024 | Zhao created a Freightmate Google Drive folder titled "Sample docs for testing" and copied Flexport Shipping Documents into it. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| May 14, 2024 | Zhao uploaded approximately 182 Flexport Shipping Documents to Freightmate's Google shared drive. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| May 16, 2024 | Freightmate entered a SAFE with NW FUND II, LP for a $650,000 investment at a $10 million post-money valuation cap. |

**EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS**

| Date | Event[1] |
|---|---|
| May 18, 2024 | Zhao formally notified Flexport that he was resigning. His manager Li used best efforts to try to keep him from leaving Flexport. Source: Li 2026-04-16 Dep. at 125:16-126:2, 127:8-15, 128:5-11. |
| May 21, 2024 | Lacaillade reported to Wischoff that Freightmate was "shifting our focus to engaging with as many freight forwarders as possible. Our goal is to understand their most pressing pain points to help shape the focus and scope of our MVP." Freightmate had not yet identified the product it would build; Lacaillade compiled a list of approximately 70 decision-makers at U.S. freight forwarders for customer-discovery calls.<br><br>Source: Trial Ex. 1160 (Wischoff Ex. 12; FREIGHT005609–005610) (5/21/24 and 5/24/24 emails). |
| May 19, 2024 | Freightmate's future CTO, Rishab Gadroo, downloaded all 521 Flexport Shipping Documents from Freightmate's Google Drive that Zhao had previously uploaded to his personal laptop. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| Between May 19 and June 19, 2024 | Gadroo tested approximately five to ten Flexport-originating shipping documents, primarily Master Bills of Lading, in OpenAI Playground using GPT-4o. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| Between May 19 and June 19, 2024 | Gadroo sent a subset of the Flexport Shipping Documents to Freightmate's shared tech@freightmate.ai account. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| May 21, 2024 | Zhao forwarded approximately 30 Flexport Shipping Documents from his Flexport email to his personal email and then forwarded them from his personal account to tech@freightmate.ai, an account accessible to Lacaillade and other Freightmate personnel. |
| May 29–30, 2024 | Zhao sent approximately six emails containing freight documents from his Flexport email to his personal email and sent some of those documents to tech@freightmate.ai. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |

**EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS**

| Date | Event[1] |
|---|---|
| May 30, 2024 | Zhao accessed Flexport's GitHub repository and downloaded "flexport-master.zip," containing Flexport source code, to his Flexport laptop. He also downloaded more than 51,000 additional Flexport files, including project plans, roadmaps, SOP materials, handbooks, and shipping documents. Zhao disputes that there is any evidence showing 51,000 files were downloaded from Flexport's GitHub repository. Zhao transferred the zip file to his personal external hard drive. The zip file was never copied to a Freightmate computer system. The zip file was never accessed, opened, or shared. |
| May 30, 2024 | Zhao uploaded approximately 67 Flexport Shipping Documents to Freightmate's Google shared drive. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| May 31, 2024 | Zhao uploaded approximately 1,222 Flexport Shipping Documents to Freightmate's Google shared drive. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| May 31, 2024 | Zhao created a folder titled "Organized" into which he copied the Flexport Shipping Documents for approximately 70 shipments. "Organized" simply referred to the approximately 70 shipments. |
| May 13–31, 2024 | Lacaillade did not request that Zhao upload any Flexport shipping documents to Freightmate's Google Drive, had no communications with Zhao about the uploads in May 2024, and was not told by Zhao that the documents had been downloaded from FFA. Source: Lacaillade 4/24/26 Vol. II Dep. 123:23-124:1; 144:22–23; Lacaillade 4/20/26 Dep. 157:3–6. |
| By June 1, 2024 | Zhao had downloaded approximately 2,000 Flexport Shipping Documents relating to approximately 70 shipments from Flexport's FFA/Core and uploaded them to Freightmate's Google Drive. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| June 4, 2024 | On his last day at Flexport, Zhao downloaded additional Flexport Operational Documents and transferred them to his personal drive. Zhao disputes downloading "thousands" of Flexport Operational Documents. Regardless, he never accessed, opened, or shared these documents. |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
| --- | --- |
| June 4, 2024 | Zhao's employment with Flexport ended. |
| June 5, 2024 | Zhao officially joined Freightmate. |
| June 6–7, 2024 | After interviewing six freight forwarders, Freightmate identified document automation as its first use case. One forwarder (Border Buddy) reported: "We currently send our incoming documents to a team in India to transcribe for us with a 48 hour SLA for $2-$3 per document … If you guys can create a solution that makes this process faster, cheaper, and more accurate, you are golden." On June 6, Freightmate finished a no-code Retool prototype in which "the backend tasks will actually be manually powered by our freightmate founders"; testing with eight users began June 10, and "[a]ll users confirmed that this product addresses a major pain point."<br>Source: Trial Ex. 2058 (FREIGHT002578–002579) §§ 1, 2.2 (6/7/24 investor update); Trial Ex. 2066 (FREIGHT002580–002581) § 2.2 (7/3/24 update); Lacaillade 4/20/26 Dep. 249:14–21; 260:22–261:14; Trial Ex. 2094 (FLEXPORT_000004–000558) § II (Bubble account 6/6; no-code prototype from 6/7; first code commit 6/30). |
| June 5-9, 2024 | Jason Zhao used a developer tool called Retool to build a no-code "pretotype" (mockup) of an inbound document automation solution.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| June 7, 2024 | A Flexport Shipping Document was sent from tech@freightmate.ai to bryan@freightmate.ai.<br>Defendants contend that this document is not alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| Between June 7 and 13, 2024 | Lacaillade downloaded five to ten Flexport Shipping Documents from Freightmate's Google Drive to his personal laptop. Defendants contend that none of these documents are alleged to be part of Flexport's "curated corpus" of shipping documents that Flexport expert Kay said were used for AI training. |
| June 10-21, 2024 | Lacaillade and Zhao demoed the Retool pretotype user interface to contacts in their network, and the positive feedback encouraged them to create a second no-code "pretotype" using the developer tool Bubble.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| June 13, 2024 | Lacaillade tested approximately five to ten Flexport Shipping Documents, primarily Master Bills of Lading and Arrival Notices, in OpenAI Playground using GPT-4o. |
| June 13, 2024 | In the same OpenAI Playground session, Lacaillade also tested Master Bills of Lading and Arrival Notices obtained from public sources, with pre-populated data to get a rough sense as to how effectively, accurately and consistently that model could capture the standard fields in these documents. He did not save the session and did not build anything from it; the Flexport documents used are among those deleted on July 1, 2024. Freightmate learned that GPT-4o "was not very accurate at the task."<br>Source: Lacaillade Resp. to Rog Set 2 No. 4; Lacaillade 4/20/26 Dep. 181:22–182:11; 195:04–08; Trial Ex. 1470. |
| June 17, 2024 | Lacaillade created "Prompt Engineering Doc Automation," which he viewed or edited the document 155 times between June 17 and July 1. |
| June 19, 2024 | Gadroo wrote document-extraction instructions for GPT-4o. The instructions were designed to extract certain data from a given shipping document, and to send that data to OpenAI. The instructions did not work.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| June 19–20, 2024 | A long-time CargoWise user interviewed by Lacaillade told him that "the greatest pain point and low hanging fruit to solve for is document automation." Lacaillade reported to Wischoff: "this is what we are solving for with our MVP." Source: Trial Ex. 2202 (FREIGHT003963) (6/20/24 Lacaillade email to Wischoff re Campbell). |
| June 21, 2024 | While editing "Prompt Engineering Doc Automation," Lacaillade accessed folders containing FlexID documents, including "Organized" subfolders previously created by Zhao. |
| June 23, 2024 | Lacaillade created and edited the "Master Bill of Lading Prompt," created the "Arrival Notice Prompt" as a copy of it, edited that prompt, and moved both documents into the "Prompts" folder on Freightmate's Google Drive. |
| June 27, 2024 | Gadroo formally joined Freightmate full-time from Amazon, where he was a Senior Software Engineer focused on scaling multiple tech domains of Amazon Global Logistics. |
| June 27, 2024 | Freightmate announced that it was "coming out of stealth mode" and releasing its first automated solution. |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| June 27, 2024 | The same day as the FreightWaves article, Rebecca Smith, Chief Information Officer of Primary Freight Services, reached out to Freightmate unsolicited. Lacaillade responded that afternoon and proposed a demonstration. The parties scheduled it for July 8, 2024.<br>Source: Trial Ex. 2062 (Smith Ex. 2; FREIGHT004799–004801) (6/27–6/28/24 emails); Trial Ex. 2066 (FREIGHT002580–002581) (scheduled demos: "Primary Freight Services (Buena Park, California): 7/8"). |
| July 1, 2024 | At Lacaillade's direction, Zhao deleted the 2,000 Flexport Shipping Documents previously uploaded to Freightmate's Google Drive, and Lacaillade, Zhao, and Gadroo deleted Flexport shipping documents from their personal laptops. |
| July 1, 2024 | Lacaillade asked Zhao to delete all Flexport shipping documents from the freightmate Google Drive, and Lacaillade, Zhao, and Gadroo deleted Flexport shipping documents from their personal laptops.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| June 30, 2024 – July 5, 2024 | Gadroo coded backend for prototype/beta version of Docmate, using the no-code Bubble user interface for the front end.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| Late June – early July, 2024 | Docmate "could only process four specific documents, not even four document types."<br>Source: Lacaillade 4/20/26 Dep. 278:19-279:11; 280:01–08. |
| July 8, 2024 | Lacaillade conducted a demonstrate of Document with Ms. Smith of Primary Freight. |
| July 11, 2024 | Freightmate entered an agreement with its first design partner, Primary Freight Services.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| July 12, 2024 | Primary Freight began forwarding its shipping documents to freightmate.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| July 19, 2024 | Freightmate achieved 95% document digitization accuracy for four types of received Primary Freight shipping documents: (1) Master Bills of Lading; (2) Pre-Alerts; (3) House Bills of Lading; and (4) Import Security Filings.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| July 19 – August 1, 2024 | At the July 19 weekly meeting, Freightmate's reported next step was for Primary Freight to "[s]tart auto-forwarding all the inbound document emails to freightmate. This will help freightmate to continuously train the model and improve the accuracy." Primary Freight completed the auto-forwarding the same day. By July 23, Freightmate had analyzed 370 Primary Freight emails containing 885 attachments across more than a dozen document categories; by August 1 it had "expanded the document type auto-classification system from 4 to 22 document types" and extended data extraction "from 4 to 9 document types." The July 19 accuracy figure was measured "based on the provided testing documents" for four document types only.<br>Source: Trial Ex. 2086 (FREIGHT000674–000693) (7/19/24 "Testing Result" and "Next steps" slides; 7/26/24 "Email Analysis (as of 7/23)"); Trial Ex. 2210 (FREIGHT002397) ("[Solved] Completed the email auto-forwarding to freightmate inbox clientops@freightmate.ai, on 7/19"); Trial Ex. 1270 (Wischoff Ex. 16; FREIGHT002582–002585) (8/1/24 investor update); Freightmate Supp. Resps. to Rogs Set 3 (Gadroo Dep. Ex. 100) p. 12; Lacaillade 4/24/26 Vol. II Dep. 71:19–72:24 (Primary Freight "forwarded us all of the shipping documents that they were receiving"; "[t]ens of thousands"); 76:5–10 ("used as they were received"). |
| August 1, 2024 | Freightmate had "expanded the document type auto-classification system from 4 to 22 document types" and extended data extraction "from 4 to 9 document types." |
| Late July 2024 | Freightmate encountered problems integrating Docmate into CargoWise, the logistics platform used by Primary Freight, resulting in delays.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| July 30, 2024 | Freightmate entered an agreement with Advanced Co-Loading Network, its second design partner.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |
| July 31, 2024 | Freightmate began receiving shipping documents from Advanced Co-Loading Network.<br>Source: Trial Ex. 1472 (Freightmate's Supp. Resp. to Plaintiff's Rog Set 3 (Nos. 14-15)). |

# EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS

| Date | Event[1] |
|---|---|
| September 6, 2024 | Flexport's outside counsel sent Notice Letters to Lacaillade and Zhao concerning their possession of Flexport Proprietary Information and their continuing obligations under their EIPIAs. The letter concludes with a demand that they confirm they "have not retained and do not possess any Flexport Proprietary Information." |
| September 6, 2024 | Lacaillade deleted Flexport Shipping Documents from his personal laptop. |
| September 6, 2024 | Zhao deleted Flexport Shipping Documents that may have remained in his Freightmate sent items folder and on his personal devices. |
| September 6, 2024 | Zhao deleted the Zipped Source Code File and Flexport Shipping Documents and Operational Documents from his external hard drive. |
| September 6-8, 2024 | Defendants consulted with three law firms about allegations in the September 6 Notice Letters. |
| Saturday, September 7, 2024 | Lacaillade deleted the following Freightmate prompt-engineering and development files from Freightmate's Google Drive: "Workflow Automation," "CI Prompt," "SOP Management," "Prompts" and its contents, "PL Prompt," "Original MBL Prompt," "freightmateAi Roadmap," "Data for Demo," two versions of "Prompt Engineering Notes," "Rishab's Example Prompt," "Prompt Engineering for Doc Automation," and "Arrival Notice Prompt_.docx." |
| September 2024 | Freightmate engages legal counsel and a forensics firm to search freightmate's and the founders' devices and cloud accounts to identify any Flexport Proprietary Information on their systems. |
| December 19, 2024 – March 11, 2025 | Freightmate's counsel reported to Flexport that Freightmate had retained Lighthouse as a forensic specialist soon after the September 6, 2024 letter; that Lighthouse had imaged and preserved data across the relevant devices and accounts; that Freightmate had run Flexport's list of more than 76,000 file names against those images (approximately 10,455 hits, most unrelated to Flexport, and over 9,000 traceable to a March 9, 2024 backup of Zhao's Flexport-issued laptop); that only four identifiable Flexport files were found, none of which had been accessed or used; and that Freightmate proposed to delete them on or around December 29, 2024. On February 10, 2025, Flexport declined the proposed remediation plan; on March 11, 2025, Freightmate's counsel again asked to proceed with remediation. |

**EXHIBIT A - DEFENDANTS' TIMELINE OF EVENTS**

| Date | Event[1] |
|---|---|
| | Source: Trial Ex. 2094 (FLEXPORT_000004–000558) § IV; Trial Ex. 2101 (FREIGHT001419–001424); Trial Ex. 2104 (FREIGHT001414–001418) (2/10/25, 2/12/25, 2/24/25, 3/11/25 emails). |
| March 12, 2025 | Flexport filed its lawsuit against freightmate, Lacaillade, and Zhao. |