**SPENCER FANE LLP**
John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jeffrey M. Ratinoff (State Bar No. 197241)
jratinoff@spencerfane.com
Jennifer S. Coleman (State Bar No. 213210)
jcoleman@spencerfane.com
Jing H. Cherng (State Bar No. 265017)
gcherng@spencerfane.com
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722

Attorneys for Plaintiff,
FLEXPORT, INC.

**ALTO LITIGATION, PC**
Bahram Seyedin-Noor (SBN: 203244)
bahram@altolit.com
Bryan Ketroser (SBN: 239105)
bryan@altolit.com
Kevin J. O'Brien (SBN: 278823)
kevin@altolit.com
Anthony Basile (SBN: 247409)
anthony@altolit.com
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 779-2586
Fax: (415) 306-8744

Attorneys for Defendants,
FREIGHTMATE AI, INC. and BRYAN LACAILLADE

**CHAN PUNZALAN LLP**
Mark Punzalan (SBN: 247599)
mark@chanpunzalan.com
A. Chowning Poppler (SBN: 272870)
chowning@chanpunzalan.com
22 Battery Street, Suite 800
San Francisco, CA 94111
Tel: 415-839-0063

Attorneys for Defendant,
YINGWEI (JASON) ZHAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLEXPORT, INC.,

Plaintiff,

v.

FREIGHTMATE AI, INC.; YINGWEI (JASON) ZHAO; and BRYAN LACAILLADE,

Defendants.

Case No.: 3:25-cv-02500-RFL-PHK

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL AND REMAINING PRETRIAL DATES**

Action Filed: March 12, 2025
Trial: October 19, 2026

Plaintiff Flexport, Inc. and Defendants Freightmate AI, Inc., Bryan Lacaillade, and Jason Zhao (collectively, the "Parties"), by and through their undersigned counsel, respectfully notify the Court that the Parties have reached a binding settlement resolving this action in its entirety.

The settlement contemplates, among other things, entry by the Court of a stipulated judgment. The Parties are presently finalizing the documents necessary to implement their settlement and intend to submit the stipulated judgment to the Court promptly.

In light of the settlement, the Parties respectfully request that the Court vacate the October 13, 2026 excusal hearing, the October 19, 2026 trial, and all remaining pretrial and trial-related deadlines and proceedings.

The Parties will promptly notify the Court when the settlement documentation is complete and will submit the stipulated judgment for the Court's consideration.

Dated: October 5, 2026

By: */s/ John V. Picone III*

**SPENCER FANE LLP**
John V. Picone III
jpicone@spencerfane.com
Jeffrey M. Ratinoff
jratinoff@spencerfane.com
Jennifer S. Coleman
jcoleman@spencerfane.com
Jing H. Cherng
gcherng@spencerfane.com
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722

Attorneys for Plaintiff
FLEXPORT, INC.

Dated: October 5, 2026

By: */s/ Bryan Ketroser*

**ALTO LITIGATION, PC**
Bahram Seyedin-Noor (SBN: 203244)
bahram@altolit.com
Bryan Ketroser (SBN: 239105)
bryan@altolit.com
Kevin J. O'Brien (SBN: 278823)
kevin@altolit.com
Anthony Basile (SBN: 247409)
anthony@altolit.com
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Tel: (415) 779-2586
Fax: (415) 306-8744

Attorneys for Defendants
FREIGHTMATE AI, INC. and
BRYAN LACAILLADE

Dated: October 5, 2026

By: */s/ A. Chowning Poppler*

**CHAN PUNZALAN LLP**
A. Chowning Poppler (SBN: 272870)
chowning@chanpunzalan.com
Mark Punzalan (SBN: 247599)
mark@chanpunzalan.com
Jeremy Faulkner (SBN: 359766)
jeremy@chanpunzalan.com
22 Battery Street, Suite 800
San Francisco, CA 94111
Tel: 415-839-0063

Attorneys for Defendant
YINGWEI (JASON) ZHAO

## ATTESTATION

I, John V. Picone III, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Date: October 5, 2026

By: */s/ John V. Picone III*
John V. Picone III